**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 3, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00504-CV**

---

**VALARIS PLC, Appellant**

**V.**

**GORDON GILLIES, Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2020-36729**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 15, 2022. On October 26, 2022, appellant filed a motion to dismiss the appeal and remand to the trial court for rendition of judgment in accordance with the parties' agreement to settle. *See* Tex. R. App. P. 42.1(a)(1)–(2). We reinstate the appeal and grant the motion.

The appeal is dismissed, and mandate is ordered to issue immediately per the request of the parties.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.